## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MICHAEL WAYNE WOODALL, JR.**                                             **PLAINTIFF**

**v.**                              **Case No. 4:14-cv-00617-KGB/JJV**

**ASA HUTCHINSON, Governor,**
**State of Arkansas[1]; *et al.***                                      **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe (Dkt. No. 7).  No objections have been filed, and the time for filing objections has passed.  After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1.      Plaintiff's motion to dismiss is granted (Dkt. No. 6);

2.      This action is dismissed without prejudice.

SO ORDERED this 22nd day of April, 2015.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE


---

[1]   Asa Hutchinson is now Governor of Arkansas and is automatically substituted as a defendant pursuant to Federal Rule of Civil Procedure 25(d).