# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MICHAEL WAYNE WOODALL, JR.**　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #157639**

**v.**　　　　　　　**Case No. 4:14-cv-00617-KGB/JJV**

**ASA HUTCHINSON, Governor,**
**State of Arkansas;** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

SO ADJUDGED this 22nd day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE